AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
AUG 2 4 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Armando Mercado Rosas H/M<br>Alma Gabriela Hernandez Alonso H/F<br><br>*Defendant(s)* | )<br>)<br>) Case No.  1:12-m-550<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 23rd, 2012__ in the county of __Travis__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Sec 841(a)(1) | (a) it shall be unlawful for any person knowingly or intentionally - (1) to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance (to whit, methamphetamine, a schedule 2 controlled substance). |
| Title 21 U.S.C. Sec 846 | conspiracy to commit a drug trafficking crime |

This criminal complaint is based on these facts:

See attached sheet

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Detective Duane Williams #2968
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/24/2012

City and state:  Austin, Texas

_____
*Judge's signature*

Mark Lane
United States Magistrate Judge
*Printed name and title*

On 08/23/2012, I, Detective Duane Williams #2968 and other detectives of the Austin Police Department's Narcotics Conspiracy Unit were called to assist with the investigation of possible distribution of methamphetamine.

At approximately 5:54 p.m. hours, Officer Roque Martinez #5655, of the Austin Police Department's Highway Interdiction Unit, was on duty in the central Austin area. Officer Martinez was driving his unmarked unit and driving northbound on North IH 35 in approximately the 6600 Block when he observed a white Dodge Van bearing Texas license plate DY2B428 pass him on his right side. Officer Martinez looked into the van and noticed a small child walking around inside the vehicle. Officer Martinez then stopped the Dodge Van for the traffic violation of "unsecured child". After stopping the vehicle, Officer Martinez got the driver out of vehicle and identified him as Armando Mercado Rosas H/M 10/27/1976. The passenger was identified as Alma Gabriela Hernandez Alonso H/F 05/11/1976. After speaking with both persons independently, Officer Martinez determined that they had conflicting stories. Additionally, while questioned about the different stories, Rosas became visibly nervous.

At this time, approximately 10-15 minutes had passed since the stop was initiated. Officer Martinez was then joined by Officer Clint Hamilton #5153, also of the Austin Police Department's Highway Interdiction Unit. Both Officer Martinez and Officer Hamilton deployed their narcotics detecting K-9 partners on the Dodge Van. Officer Martinez's K-9 partner "Tomi" and Officer Hamilton's K-9 partner "Raggio" both alerted in the area of the floor of the van on the passenger side. Officer Martinez then searched the van and located a pink, black and white child's backpack that contained diapers and other children's items in it. Inside the bag, along with these children's items, were two clear Ziploc baggies that contained a large amount of clear crystal substance that was believed to be methamphetamine. Officer Hamilton performed a field test on the substance and got a positive test for methamphetamine.

Rosas and Alonso were brought back to the Narcotics Conspiracy Unit's office and placed in interview rooms. Detective Jesse Prado #2098 and Detective Lisa Morrill #1522 conducted interviews of them both. Both Rosas and Alonso were read their Miranda rights and both stated that they understood. This was recorded on audio and video recording. Rosas gave a full confession stating that he had picked up the methamphetamine in Corpus Christi and was supposed to take it to Dallas. He stated that he was getting paid $1,000 for each pound of methamphetamine he was delivering. Alonso stated that she had talked with Rosas about this trip and she understood that the purpose of this trip was to negotiate an illegal drug deal.

I weighed the suspected methamphetamine and they had a total approximate weight of 2054 grams. The substance had a presumptive positive test for methamphetamine.

Duane Williams #2968
Detective Austin Police Department

Sworn and Subscribed to before me this 24th Day of August of 2012

Mark Lane
United States Magistrate Judge